UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:24CR018 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| STEVEN D. ALANIS | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**STEVEN D. ALANIS,**

defendant herein, in connection with the acquisition of a firearm from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the dealer, with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that his current state of residence and address was 1027 West 52nd Drive, Apartment 77, Merrillville, Indiana, whereas in truth and in fact, he well knew that his current address was not

1

1027 West 52nd Drive, Apartment 77, Merrillville, Indiana; all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearm Dealer |
| --- | --- | --- |
| 1 | September 5, 2023 | American Trader's Inc. d/b/a Pawn King |
| 2 | September 13, 2023 | American Trader's Inc. d/b/a Pawn King |
| 3 | September 30, 2023 | HB Firearms |
| 4 | October 1, 2023 | HB Firearms |
| 5 | October 5, 2023 | Cabela's |
| 6 | October 6, 2023 | American Trader's Inc. d/b/a Pawn King |
| 7 | October 7, 2023 | Range USA |
| 8 | October 16, 2023 | Cabela's |
| 9 | October 20, 2023 | Deb's Gun Range LLC |
| 10 | October 27, 2023 | Deb's Gun Range LLC |
| 11 | October 27, 2023 | Cabela's |
| 12 | November 1, 2023 | Deb's Gun Range LLC |
| 13 | November 1, 2023 | American Trader's Inc. d/b/a Pawn King |
| 14 | November 7, 2023 | Copper Custom Armament |
| 15 | November 20, 2023 | StoutCo Trading Post |
| 16 | December 8, 2023 | StoutCo Trading Post |

**THE GRAND JURY FURTHER CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**STEVEN D. ALANIS,**

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the following firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that his current state of residence and address was 1027 West 52nd Drive, Apartment 77, Merrillville, Indiana, whereas in truth and in fact, he well knew that his current address was not 1027 West 52nd Drive, Apartment 77, Merrillville, Indiana; all in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearm Dealer |
|---|---|---|
| 17 | September 5, 2023 | American Trader's Inc. d/b/a Pawn King |
| 18 | September 13, 2023 | American Trader's Inc. d/b/a Pawn King |
| 19 | September 30, 2023 | HB Firearms |
| 20 | October 1, 2023 | HB Firearms |
| 21 | October 5, 2023 | Cabela's |
| 22 | October 6, 2023 | American Trader's Inc. d/b/a Pawn King |
| 23 | October 7, 2023 | Range USA |
| 24 | October 16, 2023 | Cabela's |
| 25 | October 20, 2023 | Deb's Gun Range LLC |

| 26 | October 27, 2023 | Deb's Gun Range LLC |
| 27 | October 27, 2023 | Cabela's |
| 28 | November 1, 2023 | Deb's Gun Range LLC |
| 29 | November 1, 2023 | American Trader's Inc. d/b/a Pawn King |
| 30 | November 7, 2023 | Copper Custom Armament |
| 31 | November 20, 2023 | StoutCo Trading Post |
| 32 | December 8, 2023 | StoutCo Trading Post |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   */s/ Eamonn P. Sheehan*
Eamonn P. Sheehan
Assistant United States Attorney

4